**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

JAMES BLUNT,                                                    **22-cv-03546 (EK)(RER)**

               Plaintiff,                              **MOTION FOR SETTLEMENT**
                                                               **APPROVAL OF A FAIR LABOR**
  -against-                                                   **STANDARDS ACT CASE**
                                                               **(UNOPPOSED)**

EMPIRE SUPERMARKET, INC.,

               Defendant.
-----------------------------------------------------------X

      Plaintiff, JAMES BLUNT, by and through his counsel of record, moves this Honorable

Court for an Order:

      1.     Approving the settlement of this action pursuant to *Cheeks v. Freeport Pancake*

*House*, 796 F.3d 199 (2d Cir, 2016); and

      2.     Dismissing this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii).

      This motion is based on the accompanying Memorandum of Law in Support, the

Settlement Agreement, and Plaintiff's Estimated Calculation of Damages.

Dated: Massapequa, New York
         November 7, 2022

                                    Respectfully submitted,

                                      THE NHG LAW GROUP, P.C.

                                      _____

                                      Keith E. Williams, Esq.
                                      *Attorneys for the Plaintiff*
                                      4242 Merrick Road
                                      Massapequa, New York 11758
                                      Tel: 516.228.5100
                                      keith@nhglaw.com