**Exhibit A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JAMES BLUNT,

        Plaintiff,

-against-

EMPIRE SUPERMARKET, INC.,

        Defendant.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Case No.: 1:22-cv-03546 (EK)(RER)

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs.

Date: ___November 4___, 2022

_____
Keith E. Williams, Esq.
The NHG Law Group, P.C.
4242 Merrick Road
Massapequa, NY 11758
516.228.5100
*Attorneys for Plaintiff*

Date: November 4, 2022

_____
Jena Y. Silverman, Esq.
A. Michael Weber, Esq.
Littler Mendelson, P.C.
900 Third Avenue
New York, New York 10022-3298
212.583.9600
*Attorneys for Defendant*

SO ORDERED: *Dated 11/15/2022*

*Ramon E. Reyes, Jr.*_____
Hon. Ramon E. Reyes, Jr., United States Magistrate Judge